

**CORPORATION SERVICE COMPANY**

**SKD / ALL**
**Transmittal Number: 14286959**
**Date Processed: 09/28/2015**

# Notice of Service of Process

| | |
|---|---|
| **Primary Contact:** | Tonya Edwards<br>Capital One Services<br>15000 Capital One Drive<br>Richmond, VA 23238 |

| | |
|---|---|
| **Entity:** | Capital One, National Association<br>Entity ID Number  2431664 |
| **Entity Served:** | Capital One, National Association |
| **Title of Action:** | Lynne Law vs. Capital One, National Association |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Violation of State/Federal Act |
| **Court/Agency:** | Moon Valley Justice Court, Arizona |
| **Case/Reference No:** | CC2015178519RC |
| **Jurisdiction Served:** | Arizona |
| **Date Served on CSC:** | 09/25/2015 |
| **Answer or Appearance Due:** | 20 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| Sender Information: | Kevin Fallon McCarthy<br>602-456-8900 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
*CSC is SAS70 Type II certified for its Litigation Management System.*
2711 Centerville Road   Wilmington, DE 19808   (888) 690-2882   |   sop@cscinfo.com

MOON VALLEY
JUSTICE COURT
FILED

2015 SEP 21 PM 3: 11

**MᶜCᴀʀᴛʜʏ** Lᴀᴡ PLC

Candid Conversation. Wise Counsel.

Kevin Fallon McCarthy, 011017
Ashley Tuchman, 027263
4250 North Drinkwater Blvd, Suite 320
Scottsdale, AZ 85251
602-456-8900
ashley.tuchman@mccarthylawyer.com
Attorneys for Plaintiff

## MOON VALLEY JUSTICE COURT
## MARICOPA COUNTY, STATE OF ARIZONA
18380 N. 40TH STREET PHOENIX, AZ 85032

| | |
|---|---|
| LYNNE LAW,<br><br>          Plaintiff,<br><br>v.<br><br>CAPITAL ONE, NATIONAL ASSOCIATION<br>AND EXPERIAN INFORMATION<br>SOLUTIONS, INC.,<br><br>          Defendants, | Case No.: *CC2015178519RC*<br><br>**SUMMONS** |

**STATE OF ARIZONA TO:**


**CAPITAL ONE, NATIONAL ASSOCIATION.**
S/A: CORPORATION SERVICE COMPANY
2338 WEST ROYAL PALM ROAD SUITE J
PHOENIX, ARIONA 85021

**EXPERIAN INFORMATION SOLUTIONS, INC.**
S/A: CT CORPORATION SYSTEM
3800 NORTH CENTRAL AVENUE SUITE 460
PHOENIX, ARIZONA 85012

**THE STATE OF ARIZONA TO THE ABOVE-NAMED DEFENDANT(S):**1. YOU

ARE SUMMONED to respond to this complaint by filing a written ANSWER with this Court

and by paying the required fee. If you cannot afford to pay the required fee, you may request that

the Court either waive or defer the fee.

Law vs. Capital One.                                    1                                    Summons

2. If you were served with this summons in the State of Arizona, the Court must receive your answer within twenty (20) calendar days from the date you were served. If you were served outside the State of Arizona, the Court must receive your answer within thirty (30) calendar days from the date you were served. If the last day is a Saturday, Sunday, or legal holiday, you will have until the next working day to file your answer. When calculating time, do not count the day you were served with the summons.

3. Your answer must be in writing.

    (a) You may obtain an answer form from this Court.

    (b) You may also obtain an answer form from the Form section of the Maricopa County Justice Courts website at http://justicecourts.maricopa.gov.

4. Provide a copy of your answer to the Plaintiff(s) or to the Plaintiff's attorney in accordance with JCRCP Rule 120.

5. **IF YOU FAIL TO FILE A WRITTEN ANSWER WITH THIS COURT WITHIN THE TIME INDICATED ABOVE, A DEFAULT JUDGMENT MAY BE ENTERED AGAINST YOU.**

The name and address of Plaintiff's attorney is:

    Kevin Fallon McCarthy, Esq.
    Ashley Tuchman, Esq.
    McCARTHY LAW PLC
    4250 North Drinkwater Boulevard, #320
    Scottsdale, Arizona 85251

SIGNED AND SEALED this date: _9-21-15_ .

    By: _HA_
    Deputy Clerk

*(Seal: JUSTICE OF THE PEACE — MOON VALLEY — MARICOPA COUNTY, ARIZONA — JUSTICE COURT — SEAL)*

**NOTICE TO THE DEFENDANT: A LAWSUIT HAS BEEN FILED AGAINST YOU IN JUSTICE COURTS**

You have rights and responsibilities in this lawsuit. Read this notice carefully.

1. In a justice court lawsuit, individuals have a right to represent themselves, or they may hire an attorney to represent them. A family member or a friend may not represent someone in justice court unless the family member or friend is an attorney. A corporation has a right to be represented by an officer of the

McCARTHY LAW, PLC
4250 N. DRINKWATER BLVD
SUITE 320
SCOTTSDALE, ARIZONA 85251
602-456-8900
WWW.McCARTHYLAWYER.COM

Law vs. Capital One.        2        Summons

corporation, and a limited liability company ("LLC") may be represented by a managing member. A corporation or an LLC may also be represented by an attorney. If you represent yourself, you have the responsibility to properly complete your court papers and to file them when they are due. The clerks and staff at the court are not allowed to give you legal advice. If you would like legal advice, you may ask the court for the name and phone number of a local lawyer referral service, the local bar association, or a legal aid organization.

2. You have a responsibility to follow the Justice Court Rules of Civil Procedure ("JCRCP") that apply in your lawsuit. The rules are available in many public libraries, at the courthouse, and online at the Court Rules page of the Arizona Judicial Branch website, at http://www.azcourts.gov/, under the "AZ Supreme Court" tab.

3. A "plaintiff" is someone who files a lawsuit against a "defendant." You must file an answer or other response to the plaintiff's complaint in writing and within twenty (20) days from the date you were served with the summons and complaint (or thirty (30) days if you were served out-of-state.) If you do not file an answer within this time, the plaintiff may ask the court to enter a "default" and a "default judgment" against you. Your answer must state your defenses to the lawsuit. Answer forms are available at the courthouse, on the Maricopa County Justice Court website at http://justicecourts.maricopa.gov/, and on the Self-Service Center of the Arizona Judicial Branch website at http://www.azcourts.gov/ under the "Public Services" tab. You may also prepare your answer on a plain sheet of paper, but your answer must include the court location, the case number and the names of the parties. You must provide to the plaintiff a copy of any document that you file with the court, including your answer.

4. You may bring a claim against the plaintiff if you have one. When you file your answer or written response with the court, you may also file your "counterclaim" against the plaintiff.

5. You must pay a filing fee to the court when you file your answer. If you cannot afford to pay a filing fee, you may apply to the court for a fee waiver or deferral, but you must still file your answer on time.

6. You may contact the plaintiff or the plaintiff's attorney and try to reach an agreement to settle the lawsuit. However, until an agreement is reached you must still file your answer and participate in the lawsuit. During the lawsuit, the court may require the parties to discuss settlement.

7. Within forty (40) days after your answer has been filed, you and the plaintiff are required to provide a disclosure statement to each other. The disclosure statement provides information about witnesses and exhibits that will be used in the lawsuit. A party may also learn more about the other side's case through discovery. Read the Justice Court Rules of Civil Procedure for more information about disclosure statements and discovery.

8. The court will notify you of all hearing dates and trial dates. You must appear at the time and place specified in each notice. If you fail to appear at a trial or a hearing, the court may enter a judgment against you. To assure that you receive these notices, you must keep the court informed, in writing, of your current address and telephone number until the lawsuit is over.

McCarthy Law, PLC
4250 N. Drinkwater Blvd
Suite 320
Scottsdale, Arizona 85251
602-456-8900
www.McCarthyLawyer.com

Law vs. Capital One.                                     3                                     Summons

MOON VALLEY
JUSTICE COURT
FILED

2015 SEP 21 PM 3: 11

**MᴄCARTHY LAW PLC**
CANDID CONVERSATIONS. WISE COUNSEL.

Kevin Fallon McCarthy, 011017
Ashley Tuchman, 027263
4250 North Drinkwater Blvd, Suite 320
Scottsdale, AZ 85251
602-456-8900
ashley.tuchman@mccarthylawyer.com
Attorneys for Plaintiffs

## MOON VALLEY JUSTICE COURT
## MARICOPA COUNTY, STATE OF ARIZONA
18380 N. 40ᴛʜ Sᴛʀᴇᴇᴛ Pʜᴏᴇɴɪx, AZ 85032

LYNNE LAW,

      Plaintiff,

v.

CAPITAL ONE, NATIONAL
ASSOCIATION AND EXPERIAN
INFORMATION SOLUTIONS, INC.,

      Defendants.

Case No.: CC 2015178519RC

**COMPLAINT FOR VIOLATION OF
FAIR CREDIT REPORTING ACT (15
U.S.C. § 1681 *et seq.*)**

COMES NOW Plaintiff, LYNNE LAW ("Plaintiff"), by and through counsel undersigned, and for his cause of action against the Defendants above-named alleges as follows:

1. That, on information and belief, Defendant, CAPITAL ONE, NATIONAL ASSOCIATION ("Capital One"), is, and at all times relevant hereto was, a corporation registered with the Arizona Corporation Commission as a Foreign Corporation authorized to do business in Arizona and has designated the following registered statutory agent: CORPORATION SERVICE COMPANY, 2338 WEST ROYAL PALM ROAD SUITE J, PHOENIX, ARIONA 85021

2. That, on information and belief, Defendant, Capital One is, and at all times relevant hereto was, regularly doing business in the State of Arizona.

3. That, on information and belief, Defendant, EXPERIAN INFORMATION SOLUTIONS, INC. ("Experian"), is a credit reporting agency, as defined by FCRA § 1681a(f), licensed to do business in Arizona and has designated the following registered statutory agent: CT CORPORATION SYSTEM, 3800 NORTH CENTRAL AVENUE SUITE 460, PHOENIX,

McCARTHY LAW, PLC
4250 N. DRINKWATER BLVD
SUITE 320
SCOTTSDALE, Arizona 85251
602-456-8900
WWW.McCARTHYLAWYER.COM

Law vs. Capital One, et.al       1       COMPLAINT

1   ARIZONA 85012

2       4.      That, on information and belief, Defendant, Experian, is, and at all times relevant

3   hereto was, regularly doing business in the State of Arizona.

4       5.      That the Court has jurisdiction over this action pursuant to 15 U.S.C. § 1681p, the

5   Fair Credit Reporting Act ("FCRA") and that personal jurisdiction exists over Defendant as it had

6   the necessary minimum contacts with the State of Arizona and this suit arises out of its specific

7   conduct with Plaintiff in Arizona.  All the actions described in this suit occurred in the State of

8   Arizona.

9       6.      That the Plaintiff is a consumer and victim of inaccurate reporting by Defendants.

10      7.      Plaintiff's original Capital One account ending in 3856 was sold to Debt buyer

11  Equable Ascent Financial, LLC. See Exhibit A, Settlement Letter, Current Creditor and Original

12  Creditor.

13      8.      Pentagroup Financial, LLC is a debt collection agency that services Equable

14  Ascent Financial, LLC's purchased debt.

15      9.      That on January 19, 2012, Pentagroup Financial, LLC, and Plaintiff's counsel,

16  McCarthy Law, PLC, reached an agreement on behalf of their clients to settle Plaintiff's Capital

17  One credit card account ending in 3856 (the "Account"). See Exhibit A, Settlement Letter.

18      10.     That Plaintiff completed the settlement payments per the terms of the offer and

19  Pentagroup Financial, LLC accepted these payments. See Exhibit B, Copies of Settlement

20  Checks.

21      11.     That Capital One is willfully reporting derogatory and inaccurate information

22  about Plaintiff to one or more consumer reporting agencies ("CRAs"), by continuing to report a

23  balance on this Account, as defined by 15 U.S.C. § 1681a.

24      12.     Defendant Experian is willfully reporting derogatory and inaccurate information

25  about Plaintiff to third-parties.

26      13.     Plaintiff has sent written disputes regarding the accuracy of the derogatory

27  information reported by Capital One to Experian and by Experian to third-parties (the "Dispute

28  Letters"). See Exhibit C, Dispute Letter.

McCarthy Law, PLC
4250 N. Drinkwater Blvd
Suite 320
Scottsdale, Arizona 85251
602-456-8900
www.McCarthyLawyer.com

Law vs. Capital One, et.al                    2                    COMPLAINT

14.     Defendant Capital One willfully failed to correct the inaccurate reporting of the account to the Defendant TransUnion in violation of FCRA § 1681s-2 and to the detriment of the consumer Plaintiff. *See* Exhibits D, Responses to Dispute Letters.

15.     Defendant Experian has failed to correct the inaccurate reporting of the account in violation of FCRA § 1681i and to the detriment of the consumer Plaintiff. *See* Exhibit D.

16.     Defendant Experian willfully failed to maintain reasonable procedures to assure maximum accuracy of the information contained in Plaintiff's credit report in violation of FCRA § 1681e.

17.     The foregoing acts and omissions of the Defendants constitute unacceptable violations of the FCRA.

18.     As a result of the foregoing, Plaintiff has suffered damages in an amount to be shown at trial but not exceeding $10,000.00.

WHEREFORE, Plaintiff seeks a reasonable and fair judgment against defendants for willful noncompliance of the Fair Credit Reporting Act and seeks his statutory remedies as defined by 15 U.S.C. § 1681n and demands:

1.  Actual damages, pursuant to 15 U.S.C. § 1681n(1)(A), of not less than $100 and not more than $1,000 per violation;

2.  Punitive damages, pursuant 15 U.S.C. § 1681n(2), for Defendant's willful violation;

3.  The costs of instituting this action together with reasonable attorney's fees incurred by Plaintiff pursuant to 15 U.S.C. § 1681n(3); and

4.  Any further legal and equitable relief as the court may deem just and proper in the circumstances.

Respectfully submitted this 17th day of September, 2015.

MCCARTHY LAW, PLC

By: _____
Ashley Tuchman, Esq.
Kevin Fallon McCarthy, Esq.
Attorneys for Defendants

McCarthy Law. PLC
4250 N. Drinkwater Blvd
Suite 320
Scottsdale, Arizona 85251
602-456-8900

Law vs. Capital One, et.al                    3                    COMPLAINT

# EXHIBIT A

PENTAGROUP FINANCIAL, LLC
Toll Free: 800.218.1485
Houston Local: (832) 615-2100

P.O. Box 742209
Houston, Texas 77274
ADDRESS SERVICE REQUESTED

Creditor: EQUABLE ASCENT FINANCIAL, LLC
Original Creditor: CAPITAL ONE NATIONAL ASSOC

15484778
19 January 2012
SIFINS-ORIG

Account Number: ▨3999
Original Acc. Num ▨3856
Balance:  $15,896.85

LYNNE M LAW
2031 PLAINS CT KENNETH M LAW
GRAND PRAIRIE, TX  75052-

Pentagroup Financial, LLC
5959 Corporate Drive, Suite 1400
Houston, Texas 77036

*IMPORTANT: To receive proper credit be sure to enclose this portion with your payment in full*

---

Dear LYNNE M LAW

Your creditor has authorized us to offer you a multi- part settlement opportunity on the above referenced account, as indicated below. Upon clearance through the banking system of the settlement amount indicated below your account will be considered settled. Each payment must be received in our office no later than the close of business on the date indicated below. If payments are not received in the indicated amounts and within the time frames indicated, this offer will be considered withdrawn and the full unpaid remaining balance shall be due.

This offer represents a substantial saving over the actual amount owed on this account and is an opportunity for you to take care of this obligation at a greatly reduced cost.

| | | | | | |
|---|---|---|---|---|---|
| 1st | Payment Due Date: | 01/30/2012 | | Amount Due: | $600.00 |
| 2nd | Payment Due Date: | 02/29/2012 | | Amount Due: | $600.00 |
| 3rd | Payment Due Date: | 03/30/2012 | | Amount Due: | $600.00 |
| 4th | Payment Due Date: | 04/30/2012 | | Amount Due: | $600.00 |
| 5th | Payment Due Date: | 05/30/2012 | | Amount Due: | $600.00 |
| 6th | Payment Due Date: | 06/30/2012 | | Amount Due: | $600.00 |
| 7th | Payment Due Date: | 07/30/2012 | | Amount Due: | $600.00 |
| 8th | Payment Due Date: | 08/01/2012 | | Amount Due: | $400.00 |
| 9th | Payment Due Date: | 08/30/2012 | | Amount Due: | $600.00 |
| 10th | Payment Due Date: | 09/01/2012 | | Amount Due: | $400.00 |

Please call one of our friendly and courteous representatives at the toll free number listed above to discuss any questions you may have regarding this offer.

This is an attempt to collect a debt and any information obtained will be used for that purpose. This is a communication from a debt collector.

This is an attempt to collect a consumer debt and any information obtained will be used for that purpose.

If you believe you have been treated in an unprofessional manner, please email your concerns including your contact information, employee name and your account number to: compliance@pentagroup.us.

Should you have a question, a comment, or wish to make a payment, please call us at 866-817-1253 between the hours of 10am and 4pm CST, Mon.-Thurs. to speak with one of our consumer support specialists.

# EXHIBIT B



THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER AND ORIGINAL DOCUMENT SECURITY SCREEN ON BACK WITH PADLOCK SECURITY ICON

**KENNETH LAW**
**1402 E MALDONADO DR**
**PHOENIX, AZ 85042**

MIDFIRST BANK
OKLAHOMA, OK

0001

1/30/2012

Pay to the
Order Of:    PENTAGROUP FINANCIAL, LLC                                    $ 600.00

Six Hundred Dollars and 00 Cents ***********************************************

MEMO: ████████ ACCT# ███ 3999 - EM

This draft authorized by your depositor
**No Signature Required**

⑈000⑈

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER AND ORIGINAL DOCUMENT SECURITY SCREEN ON BACK WITH PADLOCK SECURITY ICON

**KENNETH LAW**
**1402 E MALDONADO DR**
**PHOENIX, AZ 85042**

MIDFIRST BANK
OKLAHOMA, OK

0002

2/29/2012

Pay to the
Order Of:    PENTAGROUP FINANCIAL, LLC                                    $ 600.00

Six Hundred Dollars and 00 Cents ***********************************************

MEMO:    PARCS# 15484778 ACCT# 005603999 - EM

This draft authorized by your depositor
**No Signature Required**

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER AND ORIGINAL DOCUMENT SECURITY SCREEN ON BACK WITH PADLOCK SECURITY ICON

**KENNETH LAW**
**1402 E MALDONADO DR**
**PHOENIX, AZ 85042**

MIDFIRST BANK
OKLAHOMA, OK

0003

3/30/2012

Pay to the
Order Of:   PENTAGROUP FINANCIAL, LLC                              $ 600.00

Six Hundred Dollars and 00 Cents *******************************************

MEMO: ▮▮▮▮▮▮▮▮ ACCT# ▮▮▮ 3999 - EM

This draft authorized by your depositor
**No Signature Required**

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER AND ORIGINAL DOCUMENT SECURITY SCREEN ON BACK WITH PADLOCK SECURITY ICON

**KENNETH LAW**
**1402 E MALDONADO DR**
**PHOENIX, AZ 85042**

MIDFIRST BANK
OKLAHOMA, OK

0004

4/30/2012

Pay to the
Order Of:   PENTAGROUP FINANCIAL, LLC                              $ 600.00

Six Hundred Dollars and 00 Cents *******************************************

MEMO: ▮▮▮▮▮▮▮▮ ACCT# ▮▮▮ 3999 - EM

This draft authorized by your depositor
**No Signature Required**

Case 2:15-cv-02153-SRB   Document 1-1   Filed 10/26/15   Page 13 of 21



**KENNETH LAW**
**1402 E MALDONADO DR**
**PHOENIX, AZ 85042**

MIDFIRST BANK
OKLAHOMA, OK

0005

5/30/2012

Pay to the
Order Of:   PENTAGROUP FINANCIAL, LLC

$ 600.00

Six Hundred Dollars and 00 Cents ***************************************

MEMO:            ACCT#    3999 - EM

This draft authorized by your depositor
**No Signature Required**



**KENNETH LAW**
**1402 E MALDONADO DR**
**PHOENIX, AZ 85042**

MIDFIRST BANK
OKLAHOMA, OK

0006

6/30/2012

Pay to the
Order Of:   PENTAGROUP FINANCIAL, LLC

$ 600.00

Six Hundred Dollars and 00 Cents ***************************************

MEMO:            ACCT#    3999 - EM

This draft authorized by your depositor
**No Signature Required**



**KENNETH LAW**
**1402 E MALDONADO DR**
**PHOENIX, AZ 85042**

MIDFIRST BANK
OKLAHOMA, OK

0007

7/30/2012

Pay to the
Order Of: PENTAGROUP FINANCIAL, LLC                    $ 600.00

Six Hundred Dollars and 00 Cents ****************************************

MEMO:                    ACCT#     3999 - EM

This draft authorized by your depositor
**No Signature Required**

*mid*



**KENNETH LAW**
**1402 E MALDONADO DR**
**PHOENIX, AZ 85042**

MIDFIRST BANK
OKLAHOMA CITY, OK

0008

8/1/2012

Pay to the
Order Of: PENTAGROUP FINANCIAL , LLC                    $ 400.00

Four Hundred Dollars and 00 Cents ****************************************

MEMO:

This draft authorized by your depositor
**No Signature Required**

PLEASE NOTE THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER AND ORIGINAL DOCUMENT SECURITY SCREEN ON BACK WITH PADLOCK SECURITY ICON

**KENNETH LAW**
**1402 E MALDONADO DR.**
**PHOENIX, AZ 85042**

COMERICA BANK,  TEXAS
DETROIT, MI

0027

9/20/2012

Pay to the
Order Of:   Pentagroup Financial LLC.                                    $  400.00

Four Hundred Dollars and 00 Cents ***********************************

MEMO:        ████████ACC #████████4935  EMM

This draft authorized by your depositor
**No Signature Required**

**KENNETH LAW**
**1402 E MALDONADO DR.**
**PHOENIX, AZ 85042**

COMERICA BANK, TEXAS
DETROIT, MI

0025

9/19/2012

Pay to the
Order Of:  Pentagroup Financial LLC.                                    $  600.00

Six Hundred Dollars and 00 Cents ****************************************

MEMO: ▮▮▮▮▮▮▮ ACC #; ▮▮▮▮▮▮▮ 4935  EMM

This draft authorized by your depositor
**No Signature Required**

PAY TO THE ORDER OF
AMEGY BANK OF TEXAS
HOUSTON, TEXAS
1130112501
PENTAGROUP FINANCIAL
005199013509
PENTAGROUP FINANCIAL # 13

# EXHIBIT C

Lynne Law
2031 Plains Court
Grand Prairie, TX 75052

April 3, 2015

Experian
NCAC
PO Box 2002
Allen, TX 75013

RE:    Lynne Law
       2031 Plains Court, Grand Prairie, TX 75052
       SS# ███████████
       DOB: ███████████
       Report Date: 3/10/15
       Confirmation # 1062-6281-75

To Whom It May Concern:

Attached is a page from my credit report reporting debt owed to Capital One in the amount of $15,896.00. Account #5681-1316-xxxx. This account was sold to another creditor. I have settled this debt with Pentagon Financial. No monies are currently owed to Capital One.

I am requesting that this account be immediately corrected on my credit report to reflect a zero balance.

Regards,
Lynne Law



## Your accounts that may be considered negative

The most common items in this section are late payments, accounts that have been charged off or sent to collection, bankruptcies, liens, and judgments. It also may contain items that are not necessarily negative, but that a potential creditor might want to review more closely, such as an account that has been settled or transferred. This information is generally removed seven years from the initial missed payment that led to the delinquency. Missed payments and most public record items may remain on the credit report for up to seven years, except Chapters 7, 11 and 12 bankruptcies, which may remain for up to 10 years. Unpaid tax liens may remain for up to 10 years from the filing date, and paid tax liens may remain for up to seven years from the filing date. Transferred accounts that have not been past due remain up to 10 years after the date the account was transferred.

### Payment history legend

| | | | |
|---|---|---|---|
| OK | Current/Terms of agreement met | VS | Voluntarily surrendered |
| 30 | Account 30 days past due | RPR | Repossession |
| 60 | Account 60 days past due | PBC | Paid by creditor |
| 90 | Account 90 days past due | IC | Insurance claim |
| 120 | Account 120 days past due | CG | Claim filed with government |
| 150 | Account 150 days past due | DC | Defaulted on contract |
| 180 | Account 180 days past due | CL | Collection |
| CRD | Creditor received deed | CO | Charge off |
| FSP | Foreclosure proceedings started | CLS | Closed |
| FCL | Foreclosed | ND | No data for this time period |

## ☐ Credit items

**CAPITAL ONE**
PO BOX 30273
SALT LAKE CITY UT 84130
**Phone number**
(800) 926-1000
**Partial account number**
56811316...
**Address identification number**
0406672248

| | |
|---|---|
| **Date opened** | Jul 2008 |
| **First reported** | Jul 2008 |
| **Date of status** | Jun 2011 |

| | |
|---|---|
| **Type** | Unsecured |
| **Terms** | 72 Months |
| **Monthly payment** | Not reported |

| | |
|---|---|
| **Credit limit or original amount** | $25,000 |
| **High balance** | Not reported |

| | |
|---|---|
| **Recent balance** | $15,896 as of Jun 2011 |

**Responsibility**
Joint with
KENNETH M LAW
**Status**
Account charged off. $15,896 written off.
This account is scheduled to continue on record until Dec 2017.



0139184946

# EXHIBIT D

 **Experian**
A world of insight

Prepared for:  LYNNE LAW
Date:  April 20, 2015

Page 1 of 2

p.1

602-232-2029

## Dear LYNNE LAW

We received a suspicious request in the mail regarding your personal credit report and determined that it was not sent by you. Suspicious requests are reviewed by Experian security personnel who work regularly with law enforcement officials and regulatory agencies to identify fraudulent and deceptive correspondence purporting to originate from consumers.

In an effort to safeguard your personal credit information from fraud, we will not be initiating any disputes based on the suspicious correspondence. Experian will apply this same policy to any future suspicious requests that we receive regarding your personal credit information, but we will not send additional notices to you of suspicious correspondence.

If you believe that information in your personal credit report is inaccurate or incomplete, please call us at 1 (855) 435-9429 to speak directly to an Experian consumer assistance representative.



Scan me with your smart phone
for special offers from Experian.

Apr 25 15 02:00p          Kenny and Lynne Law

PO Box 9701-
Allen, TX 75013

0003567 01 AT 0.420 **AUTO T62 7094 73052-B8E931  C01-P013704
LYNNE LAW
2031 PLAINS CT
GRAND PRAIRIE TX 75052-8863

013918494